**DENIED and Opinion Filed July 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00288-CV**

## IN RE ONCOR ELECTRIC DELIVERY COMPANY, LLC, Relator

**Original proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01615**

## MEMORANDUM OPINION
Before Justices Bridges, Carlyle and Osborne
Opinion by Justice David Bridges

Before the Court is relator's petition for writ of mandamus in which it contends the trial court abused its discretion by denying its plea to the jurisdiction. Entitlement to mandamus relief requires relator to show that the trial court abused its discretion, which may occur if the trial court fails to correctly analyze or apply the law, *In re Sw. Bell Tel. Co., L.P.,* 226 S.W.3d 400, 403 (Tex. 2007), or in making a factual determination lacking evidentiary support, *see In re Cerberus Capital Mgmt., L.P.*, 164 S.W.3d 379, 382 (Tex. 2005) (orig. proceeding). After reviewing the petition and the mandamus record, we conclude relator has not shown it is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190288F.P05